UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Eddie Vasquez,

Debtor.

Case No.:	22-13889-JKS

Chapter:	13

Hearing Date:	7/14/2022

Judge:	Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 18)

_____

Date:  7/13/2022                                          /s/ Denise Carlon
                                                          Signature

*rev.8/1/15*