Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 22−13889−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddie Vasquez
   212 61st Street, Apt. 1
   West New York, NJ 07093

Social Security No.:
   xxx−xx−2268

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2022.

Dated: July 18, 2022
JAN: zlh

                                                                  Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13889-JKS |
| Eddie Vasquez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2022 | Form ID: plncf13 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 519646170 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519580590 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: es191292@aol.com | Jul 18 2022 20:41:00 | Eddie Vasquez, 212 61st Street, Apt. 1, West New York, NJ 07093-6200 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:14 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519586117 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2022 20:51:13 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519580586 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2022 20:51:13 | CWS/CW NEXUS, 101 CROSSWAYS PARK DR W, WOODBURY, NY 11797-2020 |
| 519580587 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 18 2022 20:42:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519580588 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 18 2022 20:41:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 519580589 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2022 20:41:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 519580585 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2022 20:51:14 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 519584032 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2022 20:51:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519580591 | | Email/Text: camanagement@mtb.com | Jul 18 2022 20:41:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 519645650 | | Email/Text: camanagement@mtb.com | Jul 18 2022 20:41:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519580592 | + | Email/PDF: pa_dc_claims@navient.com | Jul 18 2022 20:51:48 | NAVIENT, ATTN: BANKRUPTCY, PO BOX |

Case 22-13889-JKS    Doc 22    Filed 07/20/22    Entered 07/21/22 00:13:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: plncf13 | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 9640, WILKES-BARRE, PA 18773-9640 |
| 519624936 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 18 2022 20:41:00 | | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 519580596 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2022 20:51:49 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519641882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2022 20:51:18 | | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519648858 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2022 20:51:49 | | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519652106 | | Email/Text: bnc-quantum@quantum3group.com Jul 18 2022 20:42:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519580598 | + | Email/PDF: resurgentbknotifications@resurgent.com Jul 18 2022 20:51:22 | | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 519580599 | + | Email/PDF: gecsedi@recoverycorp.com Jul 18 2022 20:51:13 | | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519581645 | + | Email/PDF: gecsedi@recoverycorp.com Jul 18 2022 20:51:47 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519580600 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Jul 18 2022 20:41:00 | | TBOM/ATLS/ASPIRE, PO BOX 105555, ATLANTA, GA 30348-5555 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519580593 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 519580594 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 519580595 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 519580597 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519648860 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Eddie Vasquez ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4