**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   EDDIE VASQUEZ

**Order Filed on January 12, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  22-13889 JKS**

**Hearing Date:  1/12/2023**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 12, 2023**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  EDDIE VASQUEZ

Case No.:  22-13889

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/12/2023 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $16,593.70 to the Trustee's office by 1/31/2023 to be current with

  payments through January or the case will be dismissed upon certification of the Standing Trustee with 14

  days notice to Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.