RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

| Re: | EDDIE VASQUEZ<br>212 61ST STREET, APT. 1<br>WEST NEW YORK, NJ  07093 | Atty: | RUSSELL L LOW ESQ<br>LOW & LOW ESQS<br>505 MAIN STREET, SUITE 304<br>HACKENSACK, NJ  07601 |
|---|---|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-13889

### RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/09/2022 | $318.74 | 28151928900 | 06/09/2022 | $1,000.00 | 28151928876 |
| 06/09/2022 | $1,000.00 | 28151928898 | 06/09/2022 | $1,000.00 | 28151928887 |
| 07/01/2022 | $3,318.74 | 8561364000 | 07/07/2022 | $3,318.74 | 8572358000 |
| 07/07/2022 | ($3,318.74) | 8561364000 | 08/24/2022 | $3,318.74 | |

**Total Receipts: $9,956.22  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,956.22**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M&T BANK | 08/15/2022 | $2,655.16 | 895,518 | 09/19/2022 | $3,202.58 | 897,090 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 348.48 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CW NEXUS CREDIT CARD HOLDING I LLC | UNSECURED | 1,017.75 | 100.00% | 0.00 | 1,017.75 |
| 0003 | LVNV FUNDING LLC | UNSECURED | 223.28 | 100.00% | 0.00 | 223.28 |
| 0004 | FORTIVA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 3,315.44 | 100.00% | 0.00 | 3,315.44 |
| 0007 | M&T BANK | MORTGAGE ARRE | 199,328.34 | 100.00% | 5,857.74 | 193,470.60 |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,742.25 | 100.00% | 0.00 | 2,742.25 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 1,321.03 | 100.00% | 0.00 | 1,321.03 |
| 0011 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,079.59 | 100.00% | 0.00 | 1,079.59 |
| 0015 | NAVIENT SOLUTIONS LLC | UNSECURED | 23,938.91 | 100.00% | 0.00 | 23,938.91 |
| 0016 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-13889**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 169.62 | 100.00% | 0.00 | 169.62 |
| 0018 | UNITED STATES TREASURY/IRS | UNSECURED | 2,327.18 | 100.00% | 0.00 | 2,327.18 |
| 0019 | BANK OF AMERICA | UNSECURED | 431.44 | 100.00% | 0.00 | 431.44 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 13,872.77 | 100.00% | 0.00 | 13,872.77 |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 934.60 | 100.00% | 0.00 | 934.60 |

**Total Paid: $9,956.22**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $9,956.22    -    Paid to Claims: $5,857.74    -    Admin Costs Paid: $4,098.48    =    Funds on Hand: $0.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.