| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>    EDDIE VASQUEZ | |

Order Filed on May 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-13889 JKS

Hearing Date:  5/11/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: May 11, 2023

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): EDDIE VASQUEZ

Case No.: 22-13889

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/11/2023 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $13,274.96 to the Trustee's office by 5/30/2023 to be current with Trustee payments through May or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.