Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13889−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eddie Vasquez
212 61st Street, Apt. 1
West New York, NJ 07093

Social Security No.:
xxx−xx−2268

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/8/23 at 10:00 AM

to consider and act upon the following:

*59* – Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Eddie Vasquez. Objection deadline is 5/19/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*62* – Objection to Application to Extend Loss mitigation Period (related document:59 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Eddie Vasquez. Objection deadline is 5/19/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Eddie Vasquez) filed by Denise E. Carlon on behalf of M&T BANK. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 5/22/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court