# **LOW & LOW** ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304  Tel: (201) 343-4040
Hackensack, New Jersey 07601  Fax: (201)-488-5788

**STANLEY W. LOW**  **RUSSELL L. LOW**
russell@lowbankruptcy.com

June 7, 2023

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3D

**Re: 22-13889-JKS, Eddie Vasquez**

Dear Honorable Sherwood,

    This letter shall serve as a request for Withdrawal of Doc. 55, Certification in Opposition to Certification of Default of Standing Trustee and Doc. 59, Application for Extension of Loss Mitigation Period.

    Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**